ney General, and *William E. Hicks, Lee Olwell* and *Harold A. Pebbles,* Special Assistant Attorneys General, for the State of Washington, petitioner. *Robert L. Stern,* then Acting Solicitor General, *Assistant Attorney General Burger, Melvin Richter, Lester S. Jayson, Willard W. Gatchell, John C. Mason* and *Louis C. Kaplan* for the Federal Power Commission, and *Clarence M. Boyle* and *E. K. Murray* for the City of Tacoma, respondents.

No. 552. IDAHO *v.* ARTHUR. Supreme Court of Idaho. Certiorari denied. MR. JUSTICE REED and MR. JUSTICE JACKSON are of the opinion certiorari should be granted. *Robert E. Smylie,* Attorney General of Idaho, and *J. R. Smead,* Assistant Attorney General, for petitioner. *Theodore H. Little* for respondent.

No. 553. SWAN *v.* BOARD OF EDUCATION OF THE CITY OF LOS ANGELES. Supreme Court of California. Certiorari denied. *L. H. Phillips* for petitioner. *Harold W. Kennedy* and *Clarence H. Langstaff* for respondent.

No. 560. SCHINO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Alfonso J. Zirpoli* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 211, Misc. REED ET AL. *v.* BLEVINS ET AL. Supreme Court of Arkansas. Certiorari denied. *P. L. Smith* and *Tilghman E. Dixon* for petitioners. *A. L. Barber* for respondents.